# U.S. BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

## MEMORANDUM

TO: Tazewell T. Shepard

FROM: Stephanie Morgan, Case Manager

DATE: August 1, 2012

RE: 12-81451Dreher

The above styled Debtor(s) is eligible for discharge. The court has not received a Trustee's Final Report at this time. Please advise the court on the status of this case. Your cooperation Is appreciated.